# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES M. DAVIS,

        Plaintiff,

vs.

HOWARD SKOLNIK, *et al.*,

        Defendants.

Case No. 3:08-cv-0604-ECR-VPC

**ORDER**

Court mail has been returned from the last address given by Plaintiff with a notation reflecting that it was undeliverable and unable to forward. Plaintiff has not filed an updated notice of change of address. Plaintiff has failed to comply with Local Rule LSR 2-2, which requires him to immediately file with the Court written notification of any change of address.

Accordingly, and with good cause appearing,

**IT IS ORDERED** that this action shall be **DISMISSED** without prejudice. The Clerk of the Court shall enter final judgment accordingly.

DATED: May 7, 2009

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE