AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

JAMES M. DAVIS,

    Plaintiff,        JUDGMENT IN A CIVIL CASE

V.

                      CASE NUMBER: **3:08-cv-0604-ECR-VPC**

HOWARD SKOLNIK, et al.,

    Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action shall be DISMISSED without prejudice.


  May 8, 2009                                   **LANCE S. WILSON**
                                                                  Clerk


                                                             /s/ Kalani Lizares
                                                               Deputy Clerk